JS-6

**FILED: 2/24/15**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PARQUET BY DIAN, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TLT EXPRESS, INC., doing business as TEAM WORLDWIDE, a California corporation, TEAM EXPRESS AIR, INC., doing business as TEAM WORLDWIDE, a Texas corporation, and Does 1 to 20 inclusive,<br><br>Defendants. | Case No.: CV 14-6696-GHK (FFMx)<br><br>[~~PROPOSED~~] **ORDER APPROVING STIPULATION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT** |

[PROPOSED] ORDER APPROVING STIPULATION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT

1  Having considered the Stipulation to Remand Case to Los Angeles Superior
2 Court by and between Plaintiff PARQUET BY DIAN ("Plaintiff"), on the one hand,
3 and Defendant TLT EXPRESS, INC., doing business as TEAM WORLDWIDE
4 ("Defendant"), on the other hand, and good cause appearing therefor,

5  IT IS ORDERED AND ADJUDGED AS FOLLOWS:

6  1.  The Stipulation shall be, and hereby is, approved;

7  2.  This matter shall be immediately remanded back to the Los Angeles
8 Superior Court for adjudication.

10  IT IS SO ORDERED.

12 Dated:    2/24/15    _____
13                     The Honorable George H. King, Chief
                       United States District Judge

- 1 -

[PROPOSED] ORDER APPROVING STIPULATION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT